916

No. 80–894. BECKER'S MOTOR TRANSPORTATION, INC., ET AL. *v.* DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE. C. A. 3d Cir. Certiorari denied.

No. 80–898. TONER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 80–900. CARBONE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–903. FOWLER *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 80–907. JENSEN ET AL. *v.* FARRELL LINES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–911. JONES ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–913. ILLINOIS CENTRAL GULF RAILROAD CO. *v.* INGLE. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 80–914. COHEN, ATTORNEY GENERAL OF MAINE *v.* EQUIFAX SERVICES, INC., ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 80–918. TRUE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 80–919. MOORE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–930. BLUE SHIELD OF VIRGINIA ET AL. *v.* VIRGINIA ACADEMY OF CLINICAL PSYCHOLOGISTS ET AL. C. A. 4th Cir. Certiorari denied.